AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

RONNY LEYVA,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                       CASE NUMBER:  **3:11-CV-00431-ECR-RAM**

CATHERINE CORTEZ-MASTO,  et al,

      Defendants.

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Complaint [4] is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted. Any appeal taken from this Order should be considered to be not taken in good faith.

| August 10 , 2011 | **LANCE S. WILSON** |
|---|---|
| Date | Clerk |

                                        /s/   M. Campbell
                                            Deputy Clerk